UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTOINE ALCORN | No. 21 CR 260<br><br>Judge Robert W. Gettleman |

**PROTECTIVE ORDER GOVERNING DISCOVERY**

Upon the agreed motion of the government, pursuant to Fed. R. Crim. P. 16(d), it is hereby ORDERED:

1. The transcript of state grand jury testimony from the Circuit Court of Cook County, case number 21 CR 0170401, is subject to this protective order and may be used by defendant and defendant's counsel (defined as counsel of record in this case) solely in connection with the defense of this case, and for no other purpose, and in connection with no other proceeding, without further order of this Court.

2. Defendant and defendant's counsel shall not disclose the transcript or its contents directly or indirectly to any person or entity other than defense counsel, their respective staff, and others only as necessary for preparation of the defense of the case (collectively, "authorized persons"). The Court finds that disclosure to defendant is necessary for preparation of the defense of the case.

3. Neither the transcript, nor the information contained therein, may be disclosed to nonauthorized persons without prior notice to the government and authorization from the Court. Absent prior permission from the Court, the transcript

shall not be included in any public filing with the Court, and instead shall be submitted under seal.

      4.     Authorized persons shall not copy or reproduce the materials except in order to provide copies of the materials for use in connection with this case by authorized persons. Such copies and reproductions shall be treated in the same manner as the original materials.

      5.     Authorized persons shall not disclose any notes or records of any kind that they make in relation to the contents of the materials, other than to authorized persons, and all such notes or records are to be treated in the same manner as the original materials.

      6.     Upon conclusion of all stages of this case, all of the materials and all copies made thereof shall be disposed of in one of two ways, unless otherwise ordered by the Court. The materials may be: (1) destroyed; or (2) returned to the United States. The Court may require a certification as to the disposition of any such materials.

      7.     The restrictions set forth in this Order do not apply to documents that are or become part of the public court record, including documents that have been received in evidence at other trials, nor do the restrictions in this Order limit defense counsel in the use of the transcript in judicial proceedings in this case, except that any document filed by any party which attaches or otherwise discloses the

information described above, shall be filed under seal to the extent necessary to protect such information, absent prior permission from this Court.

8. Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

ENTER:

*Robert W. Gettleman*
ROBERT W. GETTLEMAN
District Court Judge
United States District Court
Northern District of Illinois

Date: April 5, 2022